495 P.2d 147

**Steven MAHER, Appellant and Cross-Appellee,**

v.

**Deanna MAHER, Appellee, and Cross-Appellant.**

**No. 2 CA–CIV 1000.**

Court of Appeals of Arizona, Division 2.

March 30, 1972.

Anderson, Welker & Flake by Dudley S. Welker, Safford, for appellant and cross-appellee.

Flynn, Kimerer, Thinnes & Galbraith by Michael D. Kimerer, Phoenix, for appellee and cross-appellant.

PER CURIAM.

This appeal requires that we consider the single question, whether the trial court erred in granting custody of the parties' minor children, ages 4 and 7, to their mother. The sole basis for the alleged error is that there is evidence showing that the mother is unfit. We have considered the entire record.

Viewing the evidence, as we must, in the light most favorable to supporting the decree, we find that there is ample evidence demonstrating that the mother was a fit and proper person to have custody. The record shows that she was a regular churchgoer and president of her Sunday school class. It further reveals that she is a good homemaker and is described as a "very good mother." The children appear to be well-adjusted and in good circumstances in her custody.

We will not disturb the judgment on appeal unless it clearly appears that the discretion of the trial court has been abused. Andro v. Andro, 97 Ariz. 302, 400 P.2d 105 (1965), rehearing denied, 98 Ariz.

1, 401 P.2d 404 (1965); Ward v. Ward, 91 Ariz. 296, 371 P.2d 1022 (1962); Wackerman v. Wackerman, 16 Ariz.App. 382, 493 P.2d 928 (1 CA–CIV 1532, filed February 16, 1972). The record demonstrates ample evidence to support the judgment of the trial court, which we affirm.